UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE PRADAXA ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY ) | Judge David R. Herndon |
| LITIGATION ) | |

**This Document Relates to:**

*Anthony Ougle v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, No. 3:13-cv-60030-DRH-SCW

## ORDER

**HERNDON, District Judge:**

This matter is before the Court on the Motion for Disbursement of Funds by Anthony Ougle. The time for responding has passed and none of the involved parties have responded. Pursuant to local rule 7.1, the Court deems the lack of response as an admission of the merits of the motion. Being fully advised on the matter, the Court ORDERS as follows:

IT IS ORDERED that the settlement funds be distributed to The Estate of Anthony Ougle.

**IT IS SO ORDERED.**

**Signed this 18th day of May, 2016**.

Digitally signed by Judge David R. Herndon
Date: 2016.05.18 14:22:17 -05'00'

United States District Court